# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

YVETTE BLANCA MORALES, individually, and on behalf of others similarly situated,

                    Plaintiff,

        vs.

DVA RENAL HEALTHCARE, INC., a Tennessee corporation; DAVITA, INC., a Delaware corporation; and DOES 1-50, inclusive,

                    Defendants.

Case No. 3:26-cv-00935

Assigned To:
Honorable Jacqueline Scott Corley

**CLASS ACTION**

[~~PROPOSED~~] **ORDER RE: JOINT STIPULATION TO TRANSFER ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA**

Action Filed: November 20, 2025
Date of Removal: January 29, 2026

[~~PROPOSED~~] ORDER RE: JOINT STIPULATION TO TRANSFER ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA

# [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFORE, the Parties' Stipulation [Dkt No. 15] is APPROVED.  This action is hereby transferred to the Central District of California.

**IT IS SO ORDERED.**

Dated: April 16, 2026

_____
Honorable Jacqueline Scott Corley
United States District Court Judge

1

[PROPOSED] ORDER RE: JOINT STIPULATION TO TRANSFER ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA